**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-1987**

_____

MICHAEL DAVID WEBB, a/k/a Major Mike Webb,

      Plaintiff - Appellant,

    v.

U.S. MERIT SYSTEMS PROTECTION BOARD,

      Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:19-cv-00257-CMH-TCB)

_____

Submitted: November 19, 2019           Decided: November 21, 2019

_____

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael David Webb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael David Webb appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Webb v. United States Merit Sys. Prot. Bd.*, No. 1:19-cv-00257-CMH-TCB (E.D. Va. Aug. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
